**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 1:15-cv-02153-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW W. MACDONALD,
SANDRA L. SHOEMAKER,
HOPE ALLIANCE,
PEACE AWARENESS FELLOWSHIP,
STATE OF COLORADO, and
FREMONT COUNTY, COLORADO,

Defendants.

────────────────────────────────────────────────────────────

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS
FREMONT COUNTY, COLORADO AS A DEFENDANT**

────────────────────────────────────────────────────────────

This matter is before the Court on Plaintiff United State of America's Unopposed Motion to Dismiss Fremont County, Colorado as a defendant.  (Doc. # 20.)  The Court has reviewed the Motion and ORDERS as follows:

Defendant Freemont County, Colorado is hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pay its own costs, attorney's fees, and expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Freemont County, Colorado as a Defendant in this case.

DATED:  November 30, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge