IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02153-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW W. MACDONALD,
SANDRA L. SHOEMAKER,
HOPE ALLIANCE,
PEACE AWARENESS FELLOWSHIP, and
STATE OF COLORADO,

      Defendants.

_____

**ORDER GRANTING UNITED STATES' MOTION TO CLARIFY FINAL JUDGMENT**
_____

This matter is before the Court on the United States' Motion to Clarify Final

Judgment (Doc. #30).  Upon consideration of the United States' Motion and any

response(s) thereto, it is hereby ORDERED that:

1.     The United States' Motion (Doc. #30) is GRANTED;

2.     The final judgment entered on January 29, 2016 (Doc. # 29) is hereby

clarified to provide that Hope Alliance holds title to the Barium Avenue Property (located

at 603 Barium Avenue, Canon City, Colorado 81212) as a nominee of Andrew W.

MacDonald and Sandra L. Shoemaker, such that Hope Alliance has no independent

interest in the property or sale proceeds therefrom; and

3.      All other terms of the final judgment entered on January 29, 2016 remain

unchanged.

DATED:  February 26, 2016

BY THE COURT:

_____
Christine M. Arguello
United States District Judge